AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. § 1001(a)(2) - False Statement to Government Agency

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum 5 years' imprisonment
Maximum 3 years of supervised release
Maximum $250,000 fine
Mandatory $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

--- DEFENDANT - U.S ---
ADAM ROGER ASLESON

DISTRICT COURT NUMBER
CR 18 0393 CRB

FILED
AUG 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)
DOT-OIG, VA-OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Alex G. Tse
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Sailaja M. Paidipaty

--- DEFENDANT ---

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
AUG 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

CR 18 0393 CRB

ADAM ROGER ASLESON,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1001(a)(2) – False Statement to Government Agency

A true bill.

_____
Foreman

Filed in open court this 23rd day of August, 2018.

_____
Clerk

Bail, $ NO BAIL WARRANT
8/23/18

1  ALEX G. TSE (CABN 152348)
   United States Attorney



FILED
AUG 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ADAM ROGER ASLESON,<br><br>          Defendant. | No. CR 18 0393 CRB<br><br>VIOLATIONS:<br>18 U.S.C. § 1001(a)(2) – False Statements to Government Agency<br><br>SAN FRANCISCO VENUE |

## INDICTMENT

The Grand Jury Charges:

COUNT ONE:     (18 U.S.C. § 1001(a)(2) – False Statements)

On or about January 3, 2018, in the Northern District of California, the defendant,

ADAM ROGER ASLESON,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Federal Aviation Administration (FAA), an agency within the executive branch of the Government of the United States, specifically: his false statements on an FAA Form 8500-8, indicating that (i) he did not suffer from any mental disorders including depression or anxiety (Question 18m), despite having represented to the U.S. Department of Veterans Affairs (VA) that he suffered from major depressive disorder, and (ii) that he received medical

INDICTMENT

disability benefits for knee strain and tinnitus (Question 18y), despite having received service-related medical disability benefits from the VA for major depressive disorder, and not for the conditions indicated on the Form 8500-8. All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: 8/23/2018

A TRUE BILL

*/s/ Clare Bell*
FOREPERSON

ALEX G. TSE
United States Attorney

*/s/ Daniel Kaleba*
DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: _____ )
AUSA Sailaja M. Paidipaty

INDICTMENT